# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

DEBORAH J. KNIFONG,                )
                                   )
                    Plaintiff,     )
                                   )
v.                                 )   No. 00-0370-CV-W-FJG-SSA
                                   )
KENNETH S. APFEL,                  )
Commissioner, Social Security      )
Administration                     )
                                   )
                    Defendant.     )

## ORDER

Currently pending before the Court is defendant's Motion for Final Judgment (Doc. # 12).  The Court remanded this case on May 14, 2001, pursuant to 42 U.S.C. § 405(g), sentence 6, for further evaluation by an Administrative Law Judge.  On remand, the ALJ entered a favorable decision on December 28, 2004.  Defendant now requests that the Court enter a final judgment formally dismissing this action.  Accordingly, as there is no longer a case or issue properly before the Court, the Court hereby **GRANTS** defendant's Motion for Final Judgment (Doc. # 12) and hereby **DISMISSES** this action.

Also pending before the Court is plaintiff's Application for Attorneys' Fees (Doc. # 13).  Plaintiff has requested reimbursement in the amount of $1,907.83 for attorney fees and expenses.  Defendant states that once the Court has entered a Final Judgment in this case, defendant does not contest the payment of attorney fees in this amount.

 Accordingly, it is hereby **ORDERED** that plaintiff's application for attorney fees is **GRANTED** and counsel shall be awarded payment of $1,907.83 in attorney fees.

Date:  April 24, 2006            **/S/ FERNANDO J. GAITAN JR.**
Kansas City, Missouri            Fernando J. Gaitan Jr.
                                 United States District Judge